# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRAYLON HUTCHISON,**
**#00226020**                                                                      **PLAINTIFF**

**v.**                         **CASE NO. 4:20-CV-779-LPR-BD**

**KEVIN SMITH**, *et al*.                                                          **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal of some of Mr. Hutchison's claims. (Doc. 8). Mr. Hutchison has not filed objections. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Hutchison's claims that Defendants interfered with his legal mail are DISMISSED without prejudice. Furthermore, all claims against Defendants *in their official capacities* are also DISMISSED without prejudice.

IT IS SO ORDERED this 5th day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE