IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRAYLON HUTCHISON,**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #176486**

v.　　　　　　　　Case No. 4:20-cv-00779-LPR-BD

**KEVIN SMITH,** *et al*.　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal of claims against Defendant Jacob Qualls. The parties have not filed objections. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Hutchison's claims against Defendant Qualls are DISMISSED without prejudice. The Clerk is instructed to terminate Jacob Qualls as a party Defendant.

IT IS SO ORDERED this 8th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE