IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRAYLON HUTCHISON**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #176486**

v.　　　　　　　　　Case No. 4:20-cv-779-LPR-JJV

**KEVIN SMITH,**
**Former Jail Administrator, Lonoke County;** *et al.*　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After careful review of the proposed findings and recommendations, Plaintiff's objections, and the record, the Court adopts the proposed findings and recommendations in their entirety.

Accordingly, Defendants' Motion for Partial Summary Judgment (Doc. 31) is GRANTED in part and DENIED in part. Plaintiff's claims that Defendants Smith and Flud (1) violated his due process rights by putting him in punitive isolation on April 7, 2020 without a hearing and (2) subjected him to unconstitutional conditions of confinement while on suicide watch are DISMISSED without prejudice due to lack of exhaustion. Plaintiff may proceed with his remaining claims against Defendants Smith, Flud, and Berryman. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order is considered frivolous and not in good faith.

IT IS SO ORDERED this 28th day of July 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　LEE P. RUDOFSKY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT