IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRAYLON HUTCHISON**                                                                                           **PLAINTIFF**
**ADC #176486**

v.                                          Case No. 4:20-cv-779-LPR

**KEVIN SMITH,**
**Former Jail Administrator, Lonoke County, et al.**                    **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from United States Magistrate Judge Joe J. Volpe. (Doc. 49). The Court has also received objections from the Plaintiff. (Doc. 50). After a careful and *de novo* review of the Recommended Disposition, the objections, and the record, the Court adopts the Recommended Disposition in its entirety.[1]

Defendants' Motion for Summary Judgment (Doc. 43) is GRANTED. Judgment will be entered accordingly. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] On page 9 of the Recommended Disposition, the word "keeping" should be excised. The word "reassigning" more accurately comports with the record and with the sentence structure in the Recommended Disposition.