IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRAYLON HUTCHISON**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #176486**

v.　　　　　　　　　Case No. 4:20-cv-779-LPR

**KEVIN SMITH,**
**Former Jail Administrator, Lonoke County, et al.**　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today and the Orders entered previously (Docs. 14, 29, 38, 52), it is CONSIDERED, ORDERED, AND ADJUDGED that: (1) judgment is entered in favor of Defendant Berryman on the individual-capacity excessive force claim related to the shirt-throwing incident; (2) judgment is entered in favor of Defendants Smith and Flud on the individual-capacity conditions of confinement/due process claim relating to the placement of a hasp and padlock on administrative-segregation cell doors; (3) judgment is entered in favor of Defendants Smith and Flud on the individual-capacity conditions of confinement/due process claim relating to Plaintiff's long-term reassignment to administrative segregation; (4) judgment is entered in favor of Defendants Smith and Flud on the individual-capacity equal protection claims related to trustee status and administrative segregation; and (5) all other claims in this case are dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Judgment or the associated Orders would be frivolous and not in good faith.

IT IS SO ADJUDGED this 6th day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE